## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**CARLOS M. LOPEZ BURGOS,**
Plaintiffs,

    **v.**　　　　　　　　　　　　　　　　　　　　**CIVIL NO. 03-1765 (DRD)**

**UNITED STATES OF AMERICA,**
**EMITALIA OLIVERI, et als.,**
**et al.,**
Defendants

### ERRATA SHEET

The Court has determined to publish the Opinion and Order of March 10, 2006. (Docket No. 55). The Court, however, has made "style"[1] only amendments to said Opinion and Order. Hence, an Amended Opinion and Order is issued.

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of March of 2006.

                                                        s/ Daniel R. Dominguez
                                                         **DANIEL R. DOMINGUEZ**
                                                         **U.S. DISTRICT JUDGE**

---

[1] The changes are the following:

p. 1, ¶2: "potentially entitling the parties to judgment"; "or not the challenged conduct".

p. 3, ¶1: "and/or allowing engines to run"; ¶2: "timely claim with the U.S. Army".

p. 6, ¶2: substitute the word "granted" for "equipped" in the first sentence.

p. 7, ¶2: "As has been discussed by the First Circuit Court in detail".

p. 8, ¶1: in the second sentence, substitute the word "required" for "made responsible"; in the last sentence, substitute the word "require for oblige"; ¶2: substitute the word "established" for "construed".